IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JULIA ABRUZZESE : CIVIL ACTION
  :
v. :
  :
MICHAEL J. ASTRUE, :
Commissioner of Social Security :
  : NO. 06-1958

**ORDER**

AND NOW, this 27th day of June, 2007, upon consideration of the cross-motions for summary judgment, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Motion for Summary Judgment is GRANTED insofar as plaintiff requests a remand;

3. Defendant Commissioner's Motion for Summary Judgment is DENIED;

4. The matter is REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo.

BY THE COURT:

_____
BRUCE W. KAUFFMAN, J.